NO. 07-11-0318-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 OCTOBER 13, 2011

 ______________________________

 SUSANNE LINDSEY HOWELL, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE

 _________________________________

 FROM THE 108[TH] DISTRICT COURT OF POTTER COUNTY;

 NO. 61,292-E; HONORABLE DOUGLAS R. WOODBURN, JUDGE

 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
Following a plea of not guilty, Appellant, Susanne Lindsey Howell, was convicted of credit card abuse and sentenced to two years confinement.
Pending before this Court is Appellant's Motion to Dismiss Appeal in which she moves to have her notice of appeal withdrawn and this appeal dismissed. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and her attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.
 Patrick A. Pirtle
 Justice
Do not publish.